# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DIANA MORENO**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 5:16-CV-118-KGB-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                         **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Diana Moreno and against the Defendant, Nancy A. Berryhill, Acting Commissioner of the Social Security Administration.

DATED this 7th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE